IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:25-cr-00176 |
| | ) | |
| [1] BRANDANE SMITH | ) | 18 U.S.C. § 2 |
| | ) | 18 U.S.C. § 922(g)(1) |
| [2] DEMARIO BAKER | ) | 18 U.S.C. § 924 |
| a/k/a "SWISHER" | ) | 18 U.S.C. § 924(c) |
| | ) | 18 U.S.C. § 1951 |
| [3] JARON PETERS | ) | |
| a/k/a "LIL RON RON" | ) | |
| | ) | |
| [4] CARLA WILLIAMS | ) | |
| a/k/a "SLIM" | ) | |

# INDICTMENT

### COUNT ONE

(Conspiracy to Commit Robbery Affecting Interstate Commerce – 18 U.S.C. § 1951(a))

THE GRAND JURY CHARGES:

Between on or about August 20, 2023 and September 7, 2023, in the Middle District of Tennessee and elsewhere, the defendant, **[1] BRANDANE SMITH**, did combine, conspire, confederate, and agree with defendants **[2] DEMARIO BAKER, a/k/a "SWISHER," [3] JARON PETERS, a/k/a "LIL RON RON,"** and **[4] CARLA WILLIAMS, a/k/a "SLIM,"** to unlawfully obstruct, delay, and affect commerce as that term is defined in Title 18, United States Code, Section 1951(b), and the movement of articles and commodities in such commerce, by robbery, as that term is defined in Title 18, United States Code, Section 1951(b), and to commit and threaten physical violence to other persons, in furtherance of a plan and purpose to commit such a robbery.

In violation of Title 18, United States Code, Section 1951(a).

## COUNT TWO

(Robbery Affecting Interstate Commerce – 18 U.S.C. § 1951(a))

THE GRAND JURY FURTHER CHARGES:

On or about August 25, 2023, in the Middle District of Tennessee and elsewhere, the defendants, **[1] BRANDANE SMITH, [2] DEMARIO BAKER, a/k/a "SWISHER," [3] JARON PETERS, a/k/a "LIL RON RON,"** and **[4] CARLA WILLIAMS, a/k/a "SLIM,"** together and with others known and unknown to the Grand Jury, did unlawfully, obstruct, delay, and affect commerce as that term is defined in Title 18, United States Code, Section 1951(b), and the movement of articles and commodities in such commerce, by robbery, as that term is defined in Title 18, United States Code, Section 1951(b), in that **[2] DEMARIO BAKER, a/k/a "SWISHER,"** and **[3] JARON PETERS, a/k/a "LIL RON RON,"** did unlawfully take and obtain personal property from Victims E.E., E.W., and J.W. against their will by means of actual and threatened force, violence, and fear of injury, immediate and future, to their person and members of their family.

In violation of Title 18, United States Code, Sections 1951(a) and 2.

## COUNT THREE

(Use of a Firearm During and in Relation to of a Crime of Violence – 18 U.S.C. § 924(c)(1)(A))

THE GRAND JURY FURTHER CHARGES:

On or about August 25, 2023, in the Middle District of Tennessee and elsewhere, the defendants, **[1] BRANDANE SMITH, [2] DEMARIO BAKER, a/k/a "SWISHER," [3] JARON PETERS, a/k/a "LIL RON RON,"** and **[4] CARLA WILLIAMS, a/k/a "SLIM,"**, did knowingly use, carry, and brandish a firearm, during and in relation to a crime of violence for which they may be prosecuted in a court of the United States, that is, Robbery Affecting Interstate

Commerce, in violation of Title 18, United States Code, Section 1951(a), as charged in Count Two of this Indictment.

All in violation of Title 18, United States Code, Sections 924(c)(1)(A) and 2.

## COUNT FOUR

(Possession of a Firearm by a Previously Convicted Felon – 18 U.S.C. §§ 922(g)(1) and 924)

THE GRAND JURY FURTHER CHARGES:

On or about September 7, 2023, in the Middle District of Tennessee, the defendant, **[1] BRANDANE SMITH**, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed, in and affecting commerce, a firearm, to wit: a Smith & Wesson model M&P .40 caliber pistol.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924.

A TRUE BILL

FOREPERSON

ROBERT E. McGUIRE
ACTING UNITED STATES ATTORNEY

JOSHUA A. KURTZMAN
ASSISTANT UNITED STATES ATTORNEY